Robert M. Anderson, Appellant, v. Thomas S. Walsh, Doing Business under the Name and Style of Walsh Boiler and Iron Works, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

John G.. Hurmuze, Respondent, v. Charles T. Howe and William T. Mills, Appellants.— Appeal from decision dismissed, with costs. Judgment affirmed, with costs. No opinion. Order filed.

George J. Jetter and J. Edward Jetter, Doing Business under the Name of the Jetter Brewing Company, Appellants, v. John Scollan, Respondent.— Determination affirmed, with costs. No opinion. Order filed.

Louis Silverman, Respondent, v. Edwin W. Jacobs, Appellant, Impleaded with James A. Jacobs.— Judgment affirmed, with costs, with leave to amend on payment of costs in this court and in the court below. No opinion. Order filed.

Samuel Ludlow, Jr., Respondent, v. Rignal D. Woodward, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Appeal from decision dismissed, with costs. No opinion, Order filed.

Charles H. Boaz, Appellant, v. Frank W. Coolbaugh, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

George H. Lawrence and John Knewitz, as Executors, etc., of Elizabeth Heilman Sias, Deceased, Appellants, v. Arthur W. Sias, Individually and as Executor, etc., of Elizabeth H. Sias, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary Zimberhoff, Respondent, v. Jacob Zimberhoff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. Matteo De Stefano, Appellant, v. John McGaw Woodbury, Commissioner of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Graham F. Blandy and Others, Respondents, v. William K. Vanderbilt and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. New York Juvenile Asylum, Appellant, v. Frank A. O'Donnel and Others, Commissioners of Taxes and Assessments for the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion. (Ingraham and Houghton, JJ., dissenting.) Order filed.

National Contracting Company, Respondent, v. Hudson River Water Power Company, Appellant.— Order modified by allowing the plaintiff to withdraw demurrer on payment of a trial fee and the defendant's taxable disbursements of the trial, the costs and taxable disbursements of the appeal to this court from the judgment entered upon the report of the referee, ten dollars costs of opposing the motion, and the costs and disbursements of this appeal, and as so modified affirmed. No opinion. Settle order on notice.

Horton and Lewis Cream Company, Appellant, v. John McGaw Woodbury, as Commissioner of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Fannie Herman. Respondent, v. Jacob Herman, Appellant.— Order modified by reducing alimony to seven dollars per week, and by reducing counsel fee to fifty dollars, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Auto Lighter Company, Respondent, v. Wicks, Hughes & Company, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Order filed.

Citizens' Central National Bank of New York, Respondent, v. John P. Munn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

William C. Lester, Agent, Appellant, v. Frank A. Babcock and Frank D. Hearn, Impleaded with Harry B. Goodwin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Clarence L. Lowther, Respondent, v. William H. Rader and Others, Impleaded with Christopher M. Lowther, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.